E-FILED
Wednesday, 29 July, 2020 04:11:00 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Kenndo K Taylor
Plaintiff

vs.

Case No. ____________
*(The case number will be assigned by the clerk)*

ms Anita mR Smith
mR Storaugh mR hart
mR parith mR John Doe
All are sue in they
individual and official
capacities All name
Defendant

Defendant(s)

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☒ Other federal law: Under imminent danger 28 U.S.C 1915

☐ Unknown ____________

## I. FEDERAL JURISDICTION

**Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Kennado K TAYloR

Prison Identification Number: M-2[illegible]

Current address: PO Box 99
Pontiac IL 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Ms AnitA

Current Job Title: Nurse

Current Work Address PO Box 99
Pontiac IL 61764

Defendant #2:

Full Name: Smith

Current Job Title: officers

Current Work Address PO Box 99
Pontiac IL 61764

Defendant #3:

Full Name: STOBAUGH

Current Job Title: Officer

Current Work Address PO Box 99 Pontiac IL 61764

4# full name hart

Current Job title Ct Officer

Current Work Address PO Box 99

Pontiac IL 61764

Defendant #5:

Full Name: Lt Partt

Current Job Title: Lt officer

Current Work Address PO Box 99

Pontiac IL 61764

Defendant #6

Full Name: John Doe

Current Job Title: Sgt officer

Current Work Address PO Box 99

Pontiac IL 61764

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case? Yes ☐ No ☒

If yes, please describe

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒ No ☐

C. If your answer to B is yes, how many? 80 Describe the lawsuit(s) below.

I have Five Strikes See Taylor v Doe et al No 17 cv 2347 (N.D. Ill dismissed June 2 2017 TAYLOR v Doe et al NO 17 cv-2348 (N.D. Ill dismissed June 2 2017) Taylor v Doe et al No 17-cv-2349 (N.D. Ill dismissed June 5 2017 Taylor v Doe et al NO 17 cv 5537 (N.D. Ill dismissed Sept 22 2017) Taylor v Doe et al

1. Name of Case, Court and Docket Number TAYLOR V JACKSON NO 20 CV1145 TAYLOR V JACKSON 20-01141 17 cv-6201 (N.D. Ill dismissed Sept 22, Ill. dismissed Sept 22 2017)
2. Basic claim made deny of mental Heath treatment deny of mental Heath treatment deliberate indifference to A Serious medical need and EXCESSIVE force
3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) I Still have some pending Some was dismiss

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☒ No ☐

If your answer is no, explain why not BECAUSE THE Defendant's take My grievance When THEY Come Back to me I never get them Back when I Put them and THE MAIL and DO not Set them Back it is NO AVAILABLE remedies to Exhaustion I have two month's to GO But I have file A grievances

C. Is the grievance process completed? Yes ☐ No ☒

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ______

ongoing issue with all name Defendant

Date(s) of the occurrence 7/25/20 and 7/26/20

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On THE Above Days of THE on going issue on 7/25/20 I was deny medical treatment By C/O STORBAUGH that work THE 3to11 when He Come in it was Pass on By THE 7to3 officers that A Sgt team of officers and Sgt and Lt officer it was Pass on to him to deny me Medical treatment to cover up THE Serious Physical injury to my FACE it was A lot of Blood in my Room and it was never Clean Out C/O STORBAUGH was Doing his WALK and I Show him my Injury to my FACE He Keep WAIKing and deny me medical treatment I call him to open up THE food trap with Proof of THE Video Camera that Went in my cell when I took THE Food trap He Call THE John Doe Sgt that with proof of THE Video Camera him Walk up to my Cell and deny me medical treatment for my Injury to THE John Doe Sgt WALK off and told me Kill your Self Nigga All Nigga Could Be Die Any WAY and WAIK off With Proof of THE Video Camera I Request to prove to THE Judge So A 1 Hour and THE Half Lt pratt and THE John Doe Sgt Come

to my Cell Door and Pull out my [illegible]

to Spray me BECAUSE I took THE Food

trap so I can get medical treatment Lt Pratt and THE John Doe Sgt was fight with me BECAUSE I will not give them THE Food trap BECAUSE I need medical treatment FOR my Injury then Lt Pratt and THE John Doe Sgt walk off and deny me medical treatment with proof of THE video camera that look wRit in my Cell He call me name with proof of THE video camera and THEY SAW that my FACE was Cut very BAD and Blood ever wear then THE Nurse Come with C/O Smith

this is A ongoing issue with C/O Smith On THE 3-11 that work South mental get THE Nurse to deny me my Psych medications and my Seizures medication When Nurse Anita Just WALK PASS my Cell with proof of THE video camera I was At my Cell Door try to get my medication THE other Office WALK up to C/O Smith and told him Lt Pratt SAID Do not open up his Food trap C/O Smith then told THE Nurse this Bitch not geting meds to then THE Nurse Anita was A wear that I told her my FACE was cut open and when she WALK PASS she SAW that I was Blooding A lot and I told her and Lt Smith and THEY told you will Be ok

[illegible]

of THE Video Camera Please Just Look At THE Video So You Can See I am not Lieing to you I am going to Die Hear For Being deny medical treatment then THEY Going to Cover it up I am having Seizures everday in my Cell now and Being deny medical treatment and nurse Anita deny me my Asthma inhaler And I Could not Get Any medical treatment By Any of THE Defendant it's going to Kill me Soon By deny me my medical medications and I am get very Sick of THE Food When THE name Defendant Pass it out then I am deny medical treatment By C/O Smith Lt hart Lt Pratt Sgt John Doe C/O STOBAUGH Nurse Anita deny me medical treatment ever time she work and I am having reaction to THE Food I get A Kosher diet Any Of my Food Should Come open All my food Be open and I Should get Hold Fruits I Do not THEY Cut it open or A Be open and it makeing me have reaction then I am deny medical treatment By All name Defendant With proof of THE Video Camera By my Cell Door and C/O Smith told me Again that He going to Kill me and Lt Pratt and Stobaugh and Lt hart me Befor For I Go Home I will Die At Pontiac that his word and I No He not lie At All All Defendants are deliberate indifference to my Serious medical need and Defendant's will not get me medical treatment

RELIEF REQUESTED

(State what relief you want from the court.)

RELIEF REQUESTED

(State what relief you want from the court.)

Seeking punitive DAMges 250,000
Seek Compensator DAMAges 350,000
Seek mation FOR A temporary Restraing order
seek A preliminary injunction

JURY DEMAND Yes [X] No [ ]

Signed this [signature] day of 3/2027, 20 20.

[signature]
(Signature of Plaintiff)

| Name of Plaintiff: Kennado K TAylor | Inmate Identification Number: M-25370 |
|---|---|
| Address: Po Box 99 Pontiac IL 61764 | Telephone Number: |



ANDREW MCFARLAND M.H.C Unit: Jefferson

EX 1

**Medication Reconciliation Form**

Drug Profile is current as of 7:00 PM on 12/27/2018

Date 12/28/2018

Time 08:42

EX 1

**000862665 Taylor, Kennado Date of Birth: 02/17/81**

Diagnosis 1: ILL-DEFINED AND UNKNOWN C... Diagnosis 2:

| Drug Name | Each Individual Dose | Frequency* | Times Administered | As Needed? | Start Date | Continue Meds? Y | Continue Meds? N | Reason for Not Continuing Med |
|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN TAB 325MG<br>Comments: DOSE = 2 TABS PRN FOR PAIN | 650 MG | D | Q6 04 | Yes | 12/19/18 | ☐ | ☒ | prn |
| ALBUTEROL SO4 INHALER HFA<br>Comments: 2 PUFFS PRN FOR SOB | | D | Q4 06 | Yes | 12/19/18 | ☒ | ☐ | |
| ALPRAZOLAM 0.5 MG.TAB<br>Comments: ANXIETY | 0.5 MG | D | 09 21 | | 12/19/18 | ☑ | ☐ | |
| BACLOFEN TAB 10MG<br>Comments: DOSE = 1/2 TAB PRN MUSCLE SPASM | 5 MG | D | 09 | Yes | 12/21/18 | ☐ | ☒ | prn |
| DULOXETINE HCL 60MG CAP<br>Comments: MOOD SYMPTOMS | 60 MG | D | 09 | | 12/20/18 | ☑ | ☐ | |
| EUCERIN/HYDROPHILIC CREAM<br>Comments: APPLY PRN DRY SKIN | | D | QB 02 | Yes | 12/19/18 | ☐ | ☒ | prn |
| FLUTICASONE PROPIONATE NSL SPRAY<br>Comments: 2 SPRAYS ALLERGIES | | D | 09 | | 12/20/18 | ☒ | ☐ | |
| FLUTICASONE/SALMETEROL 500/50 (EX 1)<br>Comments: 1 PUFF; ASTHMA | | D | 09 21 | | 12/19/18 | ☒ | ☐ | |
| GABAPENTIN 400MG CAP<br>Comments: DOSE = 2 TABS CHRONIC PAIN | 800 MG | D | 09 13 21 | | 12/19/18 | ☒ | ☐ | |
| IBUPROFEN TAB 200MG<br>Comments: DOSE = 4 TABS PRN FOR PAIN | 800 MG | D | Q8 03 | Yes | 12/19/18 | ☐ | ☒ | prn |
| MONTELUKAST SODIUM 10MG TAB<br>Comments: ALLERGIES | 10 MG | D | 09 | | 12/20/18 | ☒ | ☐ | |
| PHENYTOIN SOD CAP 100MG<br>Comments: SEIZURES | 100 MG | D | 09 13 17 21 | | 12/19/18 | ☒ | ☐ | |
| QUETIAPINE 200MG TAB<br>Comments: MOOD STABILITY | 200 MG | D | 21 | | 12/19/18 | ☑ | ☐ | |
| TRAMADOL HCL 50MG TAB<br>Comments: DOSE = 2 TABS PRN FOR PAIN | 100 MG | D | Q8 03 | Yes | 12/19/18 | ☐ | ☒ | prn |

(Continue Meds? and Reason for Not Continuing Med: To be Completed by Receiving Physician)

* Example: D=Daily; 02=Every Two Days; 21=Every 21 Days; M=Monday; T=Tuesday; W=Wednesday; R=Thursday; F=Friday; S=Saturday; N=Sunday



ANDREW MCFARLAND M.H.C Unit: Jefferson

Date 12/28/2018

Time 08:42

# Medication Reconciliation Form

Drug Profile is current as of 7:00 PM on 12/27/2018

**000862665 Taylor, Kennado Date of Birth: 02/17/81**

Diagnosis 1: ILL-DEFINED AND UNKNOWN CA... Diagnosis 2:

| Drug Name | Each Individual Dose | Frequency* | Times Administered | As Needed? | Start Date | Continue Meds? Y N | Reason for Not Continuing Med |
|---|---|---|---|---|---|---|---|

To be Completed by Receiving Physician

| Medication Allergies | Severity |
|---|---|
| BUTYROPHEN(HALOPERIDOL/DRO) | Critical |
| PHENOTHIAZINES | Critical |
| ZIPRASIDONE | Critical |

| Medication Sensitivities |
|---|
| No Known Sensitivities |

[signature] (21) — 'Sending Psychiatrist' Signature — Date/Time: 12/31/18 @ 0930

KMcLean MD (13) — 'Sending Medical Physician' Signature ** — Date/Time: 12·28·18 0934

'Receiving Medical Physician' Signature ** — Date/Time

'Receiving Psychiatrist' Signature — Date/Time

* Example: D=Daily; 02=Every Two Days; 21=Every 21 Days; M=Monday; T=Tuesday; W=Wednesday; R=Thursday; F=Friday; S=Saturday; N=Sunday



# State of Illinois - Department of Corrections

## Counseling Summary

**IDOC #** M25370
**Offender Name** TAYLOR, KENNADO
**Current Admit Date** 04/02/2020
**MSR Date** 10/02/2020
**HSE/GAL/CELL** SM-03-09

**Counseling Date** 06/03/20 12:02:55:467
**Type** Collateral
**Method** Grievance
**Location** PON SOUTH MENTAL
**Staff** SIMPSON, SHARON A., Correctional Officer

---

Received grievance dated 6/02/20 pertaining to STAFF CONDUCT - LT. PRATT AND OFFICER PETERS (5/30/20 - DENIED MEDICAL TREATMENT). G#085970. Complaint forwarded to Counselor for response at the 1st Level.



**Patient's Name:** Kennado Taylor

**Duloxetine (By mouth)**
**Duloxetine (doo-LOX-e-teen)**

**Treats depression, anxiety, diabetic peripheral neuropathy, fibromyalgia, and chronic muscle or bone pain. This medicine is an SSNRI.**

**Brand Name(s):Cymbalta,Irenka**
There may be other brand names for this medicine.

**When This Medicine Should Not Be Used:**
This medicine is not right for everyone. Do not use it if you had an allergic reaction to duloxetine.

**How to Use This Medicine:**
**Capsule, Delayed Release Capsule**

- Take your medicine as directed. Your dose may need to be changed several times to find what works best for you.
- **Delayed-release capsule:** Swallow the capsule whole. Do not crush, chew, break, or open it.
- This medicine should come with a Medication Guide. Ask your pharmacist for a copy if you do not have one.
- **Missed dose:** Take a dose as soon as you remember. If it is almost time for your next dose, wait until then and take a regular dose. Do not take extra medicine to make up for a missed dose.
- Store the medicine in a closed container at room temperature, away from heat, moisture, and direct light.

**Drugs and Foods to Avoid:**
**Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.**

- Do not take duloxetine if you have used an MAO inhibitor (MAOI) within the past 14 days. Do not start taking an MAO inhibitor within 5 days of stopping duloxetine.
- Some medicines can affect how duloxetine works. Tell your doctor if you are using any of the following:
  - Buspirone, cimetidine, ciprofloxacin, enoxacin, fentanyl, lithium, St John's wort, theophylline, tramadol, tryptophan, or warfarin
  - Amphetamines
  - Blood pressure medicine
  - Diuretic (water pill)
  - Medicine for heart rhythm problems (including flecainide, propafenone, quinidine)
  - Medicine to treat migraine headaches (including triptans)
  - NSAID pain or arthritis medicine (including aspirin, celecoxib, diclofenac, ibuprofen, naproxen)
  - Other medicine to treat depression or mood disorders (including amitriptyline, desipramine, fluoxetine, imipramine, nortriptyline, paroxetine)

Ex 2

Assigned Grievance: Pontiac Correctional Center

JUN 15 2020

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

Housing Unit: SM319 Bed #: 1

1st Lvl rec 2nd Lvl rec

| Date: 5/26/2020 | Offender (please print): Kenndo K Taylor | ID #: M-25370 | Race (optional): Black |
|---|---|---|---|
| Present Facility: PCC SM M85827 | | Facility where grievance issue occurred: SM PCC | |

**Nature of grievance:**

- [x] Personal Property #M85827
- [ ] Mail Handling
- [ ] Medical Treatment
- [x] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [x] Other (specify): Protective Custody
- [ ] Disciplinary Report

Date of report — Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On THE Above Date 5/25/2020 I told Lt Anglin my Life is and danger in South mental Health He told me have you talk to mental Health THEY THE only one CAN DO Some thing About it and He told me to Stop fileing Grievance About my issue I told MHP PR+RO MHP MS CARLSON and DR GASKELL DR HOWELL and MHP Goodwin and Warden LEONTA JACKSON and DR RAMZI and I have told Lt Lewis

- [ ] Continued on reverse

**Relief Requested:**

I am fileing A LAWSuit +RO PREliminary injunction

N/A

- [x] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is **NOT** an emergency grievance.

[signature] Offender's Signature — M-25370 ID# — 5/26/2020 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)** Date Received: 6-15-20 [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Mental Health Professional has determined Taylor to be RTU status and should remain in South Mental Health Unit. Again, offender needs to be specific on who he would like a KSF from [illegible]. Per Lt Molinero, offenders are monitored at all times and no threatening situation has been witnessed by staff.

K Wolssc, CCII — Print Counselor's Name — [signature] Sign Counselor's Name — 6-16-20 Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

Received MAY 28 2020 — Received JUN 03 2020 Pontiac

**EMERGENCY REVIEW:** Date Received: 6/2/2020

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

Warden Leonta Jackson — Chief Administrative Officer's Signature — 6/2/2020 Date

Pontiac Correctional Center

Assigned Grievance #/Institution

Housing Unit: S/M3/19 Bed #: 1

1st Lvl rec: JUN 15 2020

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec

Sgt Miller C/t hart C/t parry I have file lawsuit with THE Court and file tro and preliminary injunction and I will Be fileing A other I am Being threatened By Cell 15 Cell 18 Cell 17 Cell 14 I am Request A KSF on them it No name on THE Cell Door so I Do not No THEY name are ID IS Keep With THE officers my Life IS in danger By THE Inmate's on 3 Gal and THE officers that Work South mental Health this IS A ongoing issue and ever one I name IS A Wear But THE Want some thing to happen to me or I get Kill At All time this IS A EMERGENCY Grievance not A Request

085827

EX3

Assigned Grievance Institution: Pontiac Correctional Center

Housing Unit: SM 319 Bed #: 1

1st Lvl rec: JUN 15 2020

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec:

| Date: 6/7/2020 | Offender (please print): Kennedy K Taylor | ID #: M-25370 | Race (optional): Black |
|---|---|---|---|
| Present Facility: SM PCC | | Facility where grievance issue occurred: SM PCC | |

**Nature of grievance:** 086129

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [x] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [x] Other (specify): Request PC and KSF
- [ ] Disciplinary Report ______ Date of report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On THE Above Date 6/7/2020 I Sent DR REMZI and IA Lt Anglin A Request Leting them no my Life is and darger and Pontiac South mental Health on 36AC or Any GAC in South mental Health THE Inmate are threatened to kill me when I come Out My Cell THEY will hurt me or Kill me Any of THE Inmate That On 36AC Any of them like me At All I am Request

[ ] Continued on reverse

**Relief Requested:**

I Just Want to Be Keep Safe and move out of South mental Health Wear my Life is and darger and Request KSF and Request P.C. and to be move to Dixon Psych I have maid DR REMZI and IA Anglin and THE Warden JACKSON

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is NOT an emergency grievance.

[signature] Offender's Signature — M-25370 ID# — 6/7/2020 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 6-15-20 [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Mental Health Professional has determined that Taylor should remain RTY status, (not P.C. approved) And should remain in South Mental Health Unit. Agency Taylor needs to be specific on why he would need KSF from Offenders. Per Lt. Molinero, offenders are monitored at all times and no threatening situation has been witnessed by staff.

K Wessel, CCII Print Counselor's Name — [signature] Sign Counselor's Name — 6-26-20 Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ______

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

______ Chief Administrative Officer's Signature ______ Date

Pontiac Correctional Center

Assigned Grievance #/Institution:

JUN 15 2020

Housing Unit: SM 314 Bed #: L

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender's Grievance**

1st Lvl rec: 2nd Lvl rec:

to Be move to PC and file A KSF on THE HOIN SCAC I need A KSF BECAUSE All THE Inmates are try to fight me dump me or Kill me At All time I Do not no How to spell THEY name BECAUSE THEY ID is not Above THEY Door For me to no THEY name I just want to Be Keep Safe and I have told THE Warden Leinth JACKSON that my Life is and danger and have sent him ~~state~~ grievance are Request over and over No REQuined this is A Grievance I have told MHP PRARO MHP CARLSON that my Life is and danger and I am not geting Better I am geting Wors I am Request to Be move out of South mental Health to A other RTU unit that can Help me and Wear my Life is not in danger At and Mental Health Doctor CUCKell DR RAMZI DR HOWell MHP PRARO MHP CARLSON deny me to Keep me safe and Help me get Better THEY are trying to see Some thing happing to me At All time But of retaliation of my GRievance on them And me Going to THE Court on them At All time this is A ongoing ISSve At All time

086129

Ex G

Assigned Grievance: Pontiac Correctional Center — Housing Unit: SM319 — Bed #: 1

JUN 15 2020

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: 5/26/2020 | Offender (please print): Kennedo K Taylor | ID #: M-25370 | Race (optional): Black |
|---|---|---|---|
| Present Facility: PCC SM 085827 | | Facility where grievance issue occurred: SM PCC | |

**Nature of grievance:**

- [x] Personal Property #085827
- [ ] Mail Handling
- [ ] Medical Treatment
- [x] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [x] Other (specify): Protective Custody
- [ ] Disciplinary Report

Date of report ____ Facility where issued ____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On THE Above Date 5/25/2020 I told Lt Anglin my Life Is and danger in South mental Health He told me have you talk to mental Health THEY THE only one CAN DO Some thing About it and He told me to Stop fileing Grievance About my Issue I told MHP PR+RO MHP MS CARLSON and DR GASkell DR Howell and MHP Goodwin and Warden LEONTA JACKSON and DR RAMZI and I have told Lt Lewis

- [ ] Continued on reverse

**Relief Requested:**
I am fileing A lawsuit +RO PRElminary injunction
N/A

- [x] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is **NOT** an emergency grievance.

[signature] Offender's Signature — M-25370 ID# — 5/26/2020 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)** Date Received: 6-15-20 ☐ Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**
Mental Health Professional has determined Taylor to be RTU status and should remain in South Mental Health Unit. Again, offender needs to be specific on why he would like a KSF from offender. Per Lt Molinero, offenders are monitored at all times and no threatening situation has been witnessed by staff.

K Wessel, CCII — Print Counselor's Name; [signature] Sign Counselor's Name; 6-16-20 Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

Received MAY 28 2020 — Received JUN 03 2020 Pontiac

**EMERGENCY REVIEW:** Date Received: 6/2/2020

Is this determined to be of an emergency nature:

- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

Warden Leonta Jackson — Chief Administrative Officer's Signature — 6/2/2020 Date

Assigned Grievance #/Institution ____________ Housing Unit S/M 3/19 Bed # 1

1st Lvl rec JUN 15 2020 ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**
2nd Lvl rec ____________

Sgt Miller Lt hart Lt Pratt I have file lawsuit With THE Court and file TRO and preliminary injunction And I will Be fileing A other I am Being threatened By Cell 15 Cell 18 Cell 17 Cell 14 I am Request A KSF on them it No name on THE Cell Door so I Do not no THEY name are ID IS Keep with THE officers my Life IS in danger By THE Inmates on 3 Gal and THE officers that work South mental Health this IS A ongoing issue and ever one I name IS A Wear But THE want Some thing to happin to me or I get Kill At All time this IS A EMERGENCY Grievance not A Request

085827

EX 7

Assigned Grievance Institution: Pontiac Correctional Center    Housing Unit: SM 319    Bed #: 1

1st Lvl rec: JUN 15 2020

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

| Date: 6/7/2020 | Offender (please print): Kennedo K Taylor | ID #: M-25370 | Race (optional): Black |
|---|---|---|---|
| Present Facility: SM PCC | | Facility where grievance issue occurred: SM PCC | |

086129

**Nature of grievance:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Medical Treatment
- ☒ ADA Disability Accommodation
- ☒ Staff Conduct
- ☐ Dietary
- ☐ HIPAA
- ☐ Restoration of Sentence Credit
- ☐ Transfer Denial by Facility
- ☒ Other (specify): Request PC and KSF
- ☐ Disciplinary Report

Date of report    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the Above Date 6/7/2020 I Sent DR Remzi and IA Lt Anglin A Request Leting them no my Life is and danger and Pontiac South mental Health on 3GAL or Any GAL in South mental Health The Inmate are threatened to kill me when I Come out my Cell They will hurt me or kill me Any of The Inmate that On 3GAL Any of them like me At All I am Request

☐ Continued on reverse

**Relief Requested:**

I Just want to Be Keep safe and move out of South mental Health wear my Life is and danger and Request KSF and Request PC and to Be move to Dixon Psych I have maid DR Remzi and IA Anglin and The Warden Jackson

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

[signature] Offender's Signature    M-25370 ID#    6/7/2020 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 6-15-20    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Mental Health Professional has determined that Taylor should remain RTY status, not PC approved, and should remain in South Mental Health Unit. Also, Taylor needs to be specific on why he would need KSF from offenders. Per Lt. Molina, offenders are monitored at all times and no threatening situation has been witnessed by staff.

K Wessel, CST    [signature]    6-26-20
Print Counselor's Name    Sign Counselor's Name    Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: ________

Is this determined to be of an emergency nature:

- ☐ Yes, expedite emergency grievance
- ☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

Chief Administrative Officer's Signature    Date

Pontiac Correctional Center

Assigned Grievance #/Institution: JUN 15 2020

Housing Unit: SM 314 Bed #: 1

1st Lvl rec:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec:

to Be move to PC and file A KSF on THE HOW
SCIAC I need A KSF BECAUSE All THE Inmates are
try to fight me dump me or Kill me At All time
I Do not no How to spell THEY name BECAUSE
THEY ID is not Above THEY Door For me to no THEY
Name I Just Want to Be Keep Safe and I have
told THE Warden Counts JACKSON that my Life is
and danger and have Sent him grievance are
Reived over and over No REsponed this is A
Grievance I have told MHP PRARO MHP CARLSON that
my Life is and danger and I am not geting Better I am geting
Wore I am Request to Be move out of South mental Health
to A other RTU unit that can Help me and Wear
my Life is not in danger At and mental Health Doctor
Citckell DR RAMZI DR Howell MHP PRARO MHP CARLSON
deny me to Keep me safe and Help me get Better
THEY are trying to See Some thing happing to me At All
time But of retaliation of my GRievance on them
and me Going to THE Court on them At All time
this is A ongoing ISSue At All time

086129

Distribution: Master File, Offender

DOC 0046 (Rev. 01/2020)



**Alprazolam (By mouth)**
**Alprazolam (al-PRA-zoe-lam)**

**Treats anxiety and panic disorder.**

**Brand Name(s):ALPRAZolam Intensol,Niravam,Xanax,Xanax XR**
There may be other brand names for this medicine.

**When This Medicine Should Not Be Used:**
This medicine is not right for everyone. Do not use it if you had an allergic reaction to alprazolam or similar medicines, or if you are pregnant or breastfeeding, or you have narrow-angle glaucoma.

**How to Use This Medicine:**
**Liquid, Tablet, Dissolving Tablet, Long Acting Tablet**

- Take your medicine as directed. Your dose may need to be changed several times to find what works best for you.
- **Disintegrating tablet:** Dry your hands before you handle the tablet. Place the tablet on your tongue and let it dissolve.
- **Extended-release tablet:** Swallow the extended-release tablet whole. Do not crush, break, or chew it.
- **Oral liquid:** Measure the oral liquid medicine with a marked measuring spoon, oral syringe, or medicine cup.
- This medicine should come with a Medication Guide. Ask your pharmacist for a copy if you do not have one.
- **Missed dose:** Take a dose as soon as you remember. If it is almost time for your next dose, wait until then and take a regular dose. Do not take extra medicine to make up for a missed dose.
- Store the medicine in a closed container at room temperature, away from heat, moisture, and direct light. Protect the **orally disintegrating tablets** from moisture. Throw away any cotton that was in the bottle and reseal it tightly after each use.

**Drugs and Foods to Avoid:**
**Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.**

- Do not use this medicine if you are also using ketoconazole or itraconazole.
- Some foods and medicines can affect how alprazolam works. Tell your doctor if you are using any of the following:
  - Amiodarone, carbamazepine, clarithromycin, cimetidine, cyclosporine, desipramine, diltiazem, ergotamine, erythromycin, fluconazole, fluoxetine, fluvoxamine, imipramine, isoniazid, nefazodone, nicardipine, nifedipine, paroxetine, propoxyphene, sertraline, or theophylline
  - Birth control pills
  - Seizure medicine
- Tell your doctor if you use anything else that makes you sleepy. Some examples are allergy medicine, narcotic pain medicine, and alcohol.
- Do not drink alcohol while you are using this medicine.

DIAMOND PHARMACY SERVICES - Report DBCips Patient Drug Education Page 1
06/05/2019 11:47:14 AM

EX 10

TAYLOR, KENNADO
SANG - QUETIAPINE 200MG TAB Rx#

GENERIC NAME: Quetiapine Tablets (kwe TYE a peen)

WARNING: There is a higher chance of death in older adults who take this drug for mental problems caused by dementia. Most of the deaths were linked to heart disease or infection. This drug is not approved to treat mental problems caused by dementia. Drugs like this one have raised the chance of suicidal thoughts or actions in children and young adults. The risk may be greater in people who have had these thoughts or actions in the past. All people who take this drug need to be watched closely. Call the doctor right away if signs like low mood (depression), nervousness, restlessness, grouchiness, panic attacks, or changes in mood or actions are new or worse. Call the doctor right away if any thoughts or actions of suicide occur. This drug is not approved for use in children younger than 10 years of age. Talk with the doctor. COMMON USES: It is used to treat bipolar problems. It is used to treat schizophrenia. It may be given to you for other reasons. Talk with the doctor.

BEFORE USING THIS MEDICINE: WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR DOCTOR: If you have an allergy to quetiapine or any other part of this drug. TELL YOUR DOCTOR: If you are allergic to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had, like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs. TELL YOUR DOCTOR: If you have any of these health problems: Low potassium or magnesium levels. TELL YOUR DOCTOR: If you have ever had a long QT on ECG or other heartbeat that is not normal. TELL YOUR DOCTOR: If you are taking any drugs that can cause a certain type of heartbeat that is not normal (prolonged QT interval). There are many drugs that can do this. Ask your doctor or pharmacist if you are not sure. TELL YOUR DOCTOR: If you are breast-feeding or plan to breast-feed. This is not a list of all drugs or health problems that interact with this drug. Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

HOW TO USE THIS MEDICINE: HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely. Take with or without food. To gain the most benefit, do not miss doses. Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well. Do not stop taking this drug all of a sudden without calling your doctor. You may have a greater risk of signs of withdrawal. If you need to stop this drug, you will want to slowly stop it as ordered by your doctor. Drink lots of noncaffeine liquids unless told to drink less liquid by your doctor. Be careful in hot weather or while being active. Drink lots of fluids to stop fluid loss. Have blood work checked as you have been told by the doctor. Talk with the doctor. This drug may affect certain lab tests. Tell all of your health care providers and lab workers that you take this drug. Have an eye exam as you have been told by your doctor. Check your blood sugar as you have been told by your doctor. HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature. Protect from light. Store in a dry place. Do not store in a bathroom. Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets. Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area. WHAT DO I DO IF I MISS A DOSE? Take a missed dose as soon as you think about it. If it is close to the time for your next dose, skip the missed dose and go back to your normal time. Do not take 2 doses at the same time or extra doses. If you are not sure what to do if you miss a dose, call your doctor.

EJS

Pontiac Correctional Center

Assigned Grievance #/Institution: ____ Housing Unit: SM 318 Bed #: 1

1st Lvl rec: ____ 2nd Lvl rec: ____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: 2/13/2020 | Offender (please print): Kennado K TAYLOR | ID #: M-25370 | Race (optional): Black |
|---|---|---|---|
| Present Facility: PCC SM | 083581 | Facility where grievance issue occurred: PCC SM | |

**Nature of grievance:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Medical Treatment
- ☒ ADA Disability Accommodation
- ☒ Staff Conduct
- ☐ Dietary
- ☐ HIPAA
- ☐ Restoration of Sentence Credit
- ☐ Transfer Denial by Facility
- ☒ Other (specify): ____
- ☐ Disciplinary Report ____ Date of report ____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On THE Above DAte 2/13/2020 I tAIK DR CASKELL and told him my Life and darger By gangs and South mental Health He told me to [redacted] tAIK to your MHP I told I will Be hurt or Kill BEfoR I see other this was retaliation of DR CASKELL to put me [redacted] wear my Life is and darger I told DR RAMZI I told Lt Lewis MAJOR FRENCH to and No one DID Any thing to Fix it At All my Life is and darge

☐ Continued on reverse

**Relief Requested:**

I am Requesting to Be move out of South mental Health If I am harm I am fileing A 1983 Suit On All name STAFF

☒ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance.

[signature] Offender's Signature — M-25370 ID# — 2/13/2020 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: ____ ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

____ Print Counselor's Name ____ Sign Counselor's Name ____ Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: 2/21/20 FEB 19 2020 FEB 26 2020

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☒ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Lenita Jackson [signature] Chief Administrative Officer's Signature — 2/21/20 Date

Distribution: Master File; Offender

DOC 0046 (Rev. 01/2020)

J5

Pontiac Correctional Center

Assigned Grievance #/Institution:

321

Housing Unit: SM 328 Bed #: 1

1st Lvl rec: FEB 2 1 2020

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec:

| Date: 2/10/2020 | Offender (please print): Kennado K Taylor | ID #: M-25370 | Race (optional): Black |
|---|---|---|---|
| Present Facility: PCC SM 083446 | | Facility where grievance issue occurred: PCC SM | |

**Nature of grievance:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Medical Treatment
- ☒ ADA Disability Accommodation
- ☒ Staff Conduct
- ☐ Dietary
- ☐ HIPAA
- ☐ Restoration of Sentence Credit
- ☐ Transfer Denial by Facility
- ☒ Other (specify): Life and darger on 3GAL
- ☐ Disciplinary Report

Date of report ____ Facility where issued ____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On THE Above DAte 2/8/2020 and Sect I Been At Pontiac CC I told mental Health STAFF And DR RUSKIN And Emily RUSKIN and MAJOR FRENCH and Lt Lewis And C/O NUCL FOSTER that My Life IS and darger on 3GAL At All time By Gang's GD BD Stone VL AtG 418 and other gang's But I was ~~[illegible]~~ Sect to 3GAL I was Keep and My Cell By Lt Lewis and MAJOR FRENCH When I told them my life was in darger on 3GAL

☐ Continued on reverse

**Relief Requested:**

I am Request to Be move off 3GAL But if Some thing happin to me BEfor that I am Seek to Sue THE name Defendant FOR 1,000,00 and more FOR not Fixing THE ISSue and not Keep me SAFE and protective me From harm By other Inmate

☒ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

[signature] Offender's Signature — M-25370 ID# — 2/10/2020 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 2-21-20 ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: ~~I too~~ Interviewed Major French, 6 - States he has spoken with offender several different occasions and he has never said anything about being in fear for his life. If offender is then he can contact his counselor to request a keep separate from this particular offender. Cell placement is determined by Major of cell house. Offender has not declared any enemies. Contacted Lt. Lewis, 11 states offender has not declared enemies.

S DeMattia Print Counselor's Name — S DeMattia Sign Counselor's Name — 2/28/2020 Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer

**EMERGENCY REVIEW:** Date Received: 2/14/2020 FEB 13 2020 2/19/20

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☒ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Emily Ruskin (A) Chief Administrative Officer's Signature — 2/14/2020 Date

Distribution: Master File; Offender

DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: ______ Housing Unit SM 318 Bed #: 1

1st Lvl rec: FEB 21 2020

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec: ______

083446

that wy I was put in BMU R+V FOR no good RESON SO I CAN Be Kill At All time my life is and darger By Cell 1 Cell 17 Cell 16 and cell 3 I no them THEY DO not like me and want to Kill me I told I/A I need to tAlK to them NO one COme to see me At All in of GRIEVANCE

page 2 of 2
or told me this. Denies allegations. Contacted Correctional office Hall, & states he does not know of any time offender stated to him that he was in fear from these offenders. Contacted officer Foster, & states he does not recall offender saying this at all. all deny allegations.
S. DeMattia
S. DeMattia 2/28/2020

EXS

Assigned Grievance #/Institution: Pontiac Correctional Center

Housing Unit: SM 318 Bed #: 1

1st Lvl rec:

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender's Grievance**

2nd Lvl rec:

| Date: 2/16/2020 | Offender (please print): Kennado K Taylor | ID #: M-25370 | Race (optional): Black |
|---|---|---|---|
| Present Facility: PCC SM 083615 | | Facility where grievance issue occurred: PCC SM | |

**Nature of grievance:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report
- ☐ Mail Handling
- ☐ Dietary
- ☑ Other (specify): Request to Be move to north house RTU or PC
- ☐ Medical Treatment
- ☐ HIPAA
- ☑ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

Date of report — Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Sect I have Been Back At Pontiac CC I have Been Writing IA telling them my Life Is and darge in South mental Health on 3GAL 2GAL and 4GAL At All time I have SMI Inmate trying to Kill me and IA Will not Come talk to me At All and my Life Is and darge By C/O Reed and C/O Brown At All time this have Been A on going issue At All time if I am harm I am fileing A 1983 lawsuit of THE Above GRievance At All time

☐ Continued on reverse

**Relief Requested:**

N/A

☒ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

[signature] Offender's Signature — M-25370 ID# — 2/16/2020 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: ______ ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Print Counselor's Name — Sign Counselor's Name — Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: 2/21/20

FEB 20 2020 FEB 26 2020

Is this determined to be of an emergency nature:

- ☐ Yes, expedite emergency grievance
- ☒ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Leonta Jackson Chief Administrative Officer's Signature — 2/21/20 Date

Distribution: Master File, Offender

DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: Pontiac Correctional Center
Housing Unit: SM 319 Bed #: 1

1st Lvl rec JUN 18 2020

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec.

| Date: 6/16/2020 | Offender (please print): Kennado TAYLOR | ID #: M-23370 | Race (optional): Black |
|---|---|---|---|
| Present Facility: PCCSM | | Facility where grievance issue occurred: PCC.SM | |

08623

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): Request KSF and P.C
- [ ] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report — Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
**Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On THE Above DAte 6/16/2020 I Request to Counselor KARL WEBBER KSF Form to Be keep separate From 316 mAce and 318 I DO not no his name his name tAG is not on his Pose [crossed out] [crossed out] and Pain and Cell 315 and THE Inmate in Cell 302 305 are threaten to Kill me when I come out my Cell or Go to THE yard or group I am Request A Keep Separate on them BECAUSE THEY trying to Kill me

- [ ] Continued on reverse

**Relief Requested:**

Request A Keep Separate mAce 316 315 Pain 318 302 305 BECAUSE THEY are threaten to Kill me when I go to THE yard or group or when I Come out my Cell

- [ ] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is **NOT** an emergency grievance.

Offender's Signature: ______ ID#: M-23370 Date: 6/16/2020

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 6-18-20 ☐ Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

A KSF form was completed and forward to the INTEL Unit based on information offender detailed in grievance. Offender alleging he fears for his life.

Print Counselor's Name: K Webber CCII — Sign Counselor's Name: [signature] — Date: 6-19-20

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ______

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature ______ Date ______

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

**Grievance Officer's Report**

**Date Received:** 05/16/2020 **Date of Review:** 06/23/2020 **Grievance # (optional):** 085390

**Offender:** TAYLOR, KENNADO **ID#:** M25370

**Nature of Grievance:**

PROTECTIVE ISSUES - KSF (KEEP SEPARATE FROM) ADDITIONS - TWO GRIEVANCES COMBINED DATED 4/30/20 AND 5/03/20.

**Facts Reviewed:**

(4/30/20) Offender grieves multiple cells (no names) have told him they are going to kill him. Grievant states he has put a KSF in on all of them.

(5/03/20) Offender states he sent Counselor Webber a KSF Form because cells (no names) have told him when he goes to yard or Group they are going to kill him. Grievant states he needs to talk to someone from IA about this.

Counselor's Response; Counselor Webber states that KSF forms are not given to offenders to fill out themselves. Any specific information received from offender will be addressed through appropriate channels. Lt. Molinero was contacted and stated offenders are monitored at all times and no threatening situations has been witnessed by staff.

This Grievance Officer reviewed correspondences. Offender does not identify any individuals. Per the Counselor, specific information needs to be presented and the issue will be appropriately addressed. Safety concerns are to be directed to Internal Affairs by the offender. Grievance Procedures is not utilized for this purpose.

Staff misconduct is not observed.

**Recommendation:**

Based upon a review of available information, it is the recommendation of this Grievance Officer that the offender's grievance be DENIED based on offender is to provide his Counselor with specific (who, what, when, where) information for proper initiation of KSF add-ons.

S. Simpson — Print Grievance Officer's Name
[signature] — Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

**Chief Administrative Officer's Response**

**Date Received:** 6-25-20 ☑ I concur ☐ I do not concur ☐ Remand

**Action Taken:**

[signature] — Chief Administrative Officer's Signature 6-25-20 — Date

**Offender's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)**

[signature] — Offender's Signature M-25370 — ID# 7/7/2020 — Date

Printed on Recycled Paper

Assigned Grievance #/Institutional Center ______ Housing Unit S/1.3.27 Bed # 1

1st Lvl rec: ILLINOIS DEPARTMENT OF CORRECTIONS 2nd Lvl Rec: MAY 16 2020

**Offender's Grievance**

| Date: 4/30/2020 | Offender (please print): Kennath X Taylor | ID #: M-25370 | Race (optional): Black |
|---|---|---|---|
| Present Facility: PCCSM | | Facility where grievance issue occurred: PCCSM | |

**Nature of grievance:** 085390

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report
- ☐ Mail Handling
- ☐ Dietary
- ☒ Other (specify): Requet PC and to move outisn
- ☐ Medical Treatment
- ☐ HIPAA
- ☒ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

______ Date of report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On THE Above DAte 4/30/2020 Cell 305 307 304 told me that THEY Going to kill me I have pvt in KSF on All them and I was force Back on 3GAC to Be kill By them THEY was pay off By THE c/o THEY are and cang's that caus violence for me and Any one not A F to SL and other gang's that in Pontiac Sothmental Health Becaus THEY CAN not Go Any Wear SO THEY play crezy then come to South

☐ Continued on reverse

**Relief Requested:**

N/A

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

[signature] Offender's Signature — M-25370 ID# — 4/30/2020 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 5-8-20 ☒ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

See page 3

______ Print Counselor's Name ______ Sign Counselor's Name ______ Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ______

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

______ Chief Administrative Officer's Signature ______ Date

Distribution: Master File; Offender

DOC 0046 (Rev. 0...)

MAY 1 6 2020

Pontiac Correctional Center

Housing Unit SM 322 Bed # 1

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

MAY 0 7 2020

mental Health Unit it All gang's violence ATG 418 SL EBK
THEY CAN not go Any wear to THE Come to Pontiac mental Health
And Run thing BECAUSE we All Fear them and Some of
THE off to South mental Health have A very Big issue with
gang violence For THE Officer and Inmate my Life is in
danger By them At All time I am Request to Be move on
THE other Side of THE Door on 3GAC But still Be A part of
mental Health But stay to my Self and Go to THE yard By
my Self I am Request A Keep KSF Form and I told THE Counselor
WEBBer But He will not Do Any thing At All to keep me Self
I am having problem with THE Inmate in Cell 316
307 305 I Just Do not want to Be with it Some thing
happen to me I will Sue All THE Officer that work for that
Day this is THE end of THE Grievance

085590

DOC 0046 (Rev. 01-2...)

Distribution: Master File, Offender

Assigned Grievance #/Institution: Housing Unit: 327 Cell #: 1

1st Lvl rec: MAY 07 2020 — 2nd Lvl rec: MAY 16 2020

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: 5/3/2020 | Offender (please print): Kennado K Taylor | ID #: M-25370 | Race (optional): Black |
|---|---|---|---|
| Present Facility: PCC SM | | Facility where grievance issue occurred: PCC SM | |

**Nature of grievance:**

- ☐ Personal Property ☐ Mail Handling ☐ Medical Treatment ☐ ADA Disability Accommodation
- ☒ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
- ☐ Transfer Denial by Facility ☒ Other (specify): Request A KSF Order
- ☐ Disciplinary Report

Date of report — Facility where issued

085390

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) ~~and place in the designated~~ **locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On THE Above Date I have Sent to Counselor WEBBER KARL Request A KSF Form BECAUSE Cell 316 Cell 307 Cell 304 and Cell 305 Keep telling me when I Come to THE yard or Group THEY Going to Kill me and fuck me up and no one is Doing Any thing About it I need to talk to Some one From I A About this to this is A ongoing issue my Life is and danger At All time and South mental Health This Is A Grievance not A Request

☐ Continued on reverse

**Relief Requested:**

I want them to not Be house with me or Come out with me and For them to Be move or me or I am filing A 1983 lawsuit ASAP On this issue At All time

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

[signature] — Offender's Signature | M-25370 — ID# | 5/3/2020 — Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable) Date Received: 5-8-20 ☒ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

[illegible — crossed out]

See Page 3

K KELLER CCII — Print Counselor's Name | [signature] — Sign Counselor's Name | 5-13-2020 — Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

---

**EMERGENCY REVIEW:** Date Received: ______

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature — Date

Distribution: Master File, Offender

DOC 0046 (Rev. 01 2...)

MAY 1 6 2020

Date: 5-3-20 Offender: Taylor, Kennado ID#: M-25370

Present Facility: Pontiac C.C. Grievance #085390

Nature of grievance: Pertaining to STAFF – COUNSELOR WEBBER

Date received: 5-6-20

Response: Counselor Webber states that KSF forms are not given to offenders to fill out themselves. Any specific information received from offender will be addressed through appropriate channels. Lt. Molinero was contacted and stated offenders are monitored at all time and no threatening situation has been witnessed by staff.

Counselor's Name: K Keller Counselor's Name: K Keller Date: 5-13-2020



ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

**Grievance Officer's Report**

**Date Received:** 05/16/2020 **Date of Review:** 06/23/2020 **Grievance # (optional):** 085390

**Offender:** TAYLOR, KENNADO **ID#:** M25370

**Nature of Grievance:**

PROTECTIVE ISSUES - KSF (KEEP SEPARATE FROM) ADDITIONS - TWO GRIEVANCES COMBINED DATED 4/30/20 AND 5/03/20.

**Facts Reviewed:**

(4/30/20) Offender grieves multiple cells (no names) have told him they are going to kill him. Grievant states he has put a KSF in on all of them.

(5/03/20) Offender states he sent Counselor Webber a KSF Form because cells (no names) have told him when he goes to yard or Group they are going to kill him. Grievant states he needs to talk to someone from IA about this.

Counselor's Response; Counselor Webber states that KSF forms are not given to offenders to fill out themselves. Any specific information received from offender will be addressed through appropriate channels. Lt. Molinero was contacted and stated offenders are monitored at all times and no threatening situations has been witnessed by staff.

This Grievance Officer reviewed correspondences. Offender does not identify any individuals. Per the Counselor, specific information needs to be presented and the issue will be appropriately addressed. Safety concerns are to be directed to Internal Affairs by the offender. Grievance Procedures is not utilized for this purpose.

Staff misconduct is not observed.

**Recommendation:**

Based upon a review of available information, it is the recommendation of this Grievance Officer that the offender's grievance be DENIED based on offender is to provide his Counselor with specific (who, what, when, where) information for proper initiation of KSF add-ons.

S. Simpson
Print Grievance Officer's Name

[signature]
Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

**Chief Administrative Officer's Response**

**Date Received:** 6-25-20 ☑ I concur ☐ I do not concur ☐ Remand

**Action Taken**

[signature]
Chief Administrative Officer's Signature

6-25-20
Date

**Offender's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)**

[signature]
Offender's Signature

M-25370
ID#

7/7/2020
Date

Printed on Recycled Paper

Assigned Grievance ... Correctional Center ______ Housing Unit: S/L 307 Bed #: 1

1st Lvl rec: ILLINOIS DEPARTMENT OF CORRECTIONS 2nd Lvl rec: MAY 1-6 2020

**Offender's Grievance**

| Date: 4/30/2020 | Offender (please print): Kennada X Taylor | ID #: M-25370 | Race (optional): Black |
|---|---|---|---|
| Present Facility: PCCSM | | Facility where grievance issue occurred: PCCSM | |

**Nature of grievance:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report
- ☐ Mail Handling
- ☐ Dietary
- ☒ Other (specify): Reques PC and to move out SM
- ☐ Medical Treatment
- ☐ HIPAA
- ☒ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

853900

______ Date of report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
**Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On THE Above DATE 4/30/2020 Cell 305 307 304 told me that THEY Going to kill me I have pvt in KSF on All them and I was force Back on 3GAC to Be kill By them THEY was pay off By THE c/o THEY are and can't that caus violence for me and Any one not A F-to SL and other gang that in Pontiac South mental Health Because THEY CAN not Go Any wear SO THEY play Crazy then come to South

☐ Continued on reverse

**Relief Requested:**

N/A

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

[signature] Offender's Signature ____ M-25370 ID# ____ 4/30/2020 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 5-8-20 ☒ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

See page #3

______ Print Counselor's Name ______ Sign Counselor's Name ______ Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ______

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

______ Chief Administrative Officer's Signature ______ Date

MAY 18 2020

Pontiac Correctional Center
Grievance #/Institution

Housing Unit: SM322 Bed #: 1

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: MAY 07 2020 2nd Lvl rec:

mental Health Unit it All gang's violence A+G 418 SL EBK
THEY CAN not go Any Wear to THE Come to Pontiac mental Health
And Run thing BECAUSE WE All Fear them and Some of
THE off 11 South mental Health have A very Big issue with
gang violence For THE Officer and Inmate my Life is in
danger By them At All time I am Request to Be move on
THE other Side of THE Roof on SGAC But Still Be A part of
mental Health But stay to my Self and Go to THE yard By
my Self I am Request A Keep KSF Form And I told THE Counselor
WEBBER But He will not Do Any thing At ~~All~~ to Keep me Self
I ~~too~~ I am having problem with THE Inmate In Cell 316
307 305 I Just Do not Want to Be with it Something
happen to me I will Sue All THE Officer that Working that
Day This is THE end of THE Grievance

085590

DOC 0046 (Rev. 01/...)

Distribution: Master File; Offender

Assigned Grievance #/Institution: Housing Unit: 327 Cell #: 1

1st Level rec: MAY 07 2020

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Level rec: MAY 16 2020

| Date: 5/3/2020 | Offender (please print): Kennado K Taylor | ID #: M-25370 | Race (optional): Black |
|---|---|---|---|
| Present Facility: PCC SM | | Facility where grievance issue occurred: PCC SM | |

**Nature of grievance:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☒ Staff Conduct
- ☐ Dietary
- ☐ HIPAA
- ☐ Restoration of Sentence Credit
- ☐ Transfer Denial by Facility
- ☒ Other (specify): Request A KSF Order
- ☐ Disciplinary Report

85390

Date of report — Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if EMERGENCY grievance
**Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On THE Above date I have Sect to Counselor WEBBER KARL Request A KSF Form BECAUSE Cell 316 Cell 307 Cell 304 and Cell 305 Keep telling me when I Come to THE yard or Group THEY Going to Kill me and fuck me up and no one is Doing Any thing About it I need to talk to Some one From I A About this to this is A ongoing issue my Life Is and danger At All time and South mental Health this Is A Grievance not A Request

☐ Continued on ...

**Relief Requested:**

I want them to not Be house with me or Come out with me and For them to Be move or me or I am filing A 1983 lawsuit ASAP On this issue At All time

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

☐ Check if this is NOT an emergency grievance.

[signature] Offender's Signature — M-25370 ID# — 5/3/2020 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 5-8-20 ☒ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:** [illegible handwriting]

See Page 3

K KELLER CCII — [signature] — 5-13-2020
Print Counselor's Name — Sign Counselor's Name — Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ________

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature — Date

MAY 16 2020

Page: 3 of 3

Date: 5-3-20 Offender: Taylor, Kennado ID#: M-25370

Present Facility: Pontiac C.C. Grievance #085390

Nature of grievance: Pertaining to STAFF – COUNSELOR WEBBER

Date received: 5-6-20

Response: Counselor Webber states that KSF forms are not given to offenders to fill out themselves. Any specific information received from offender will be addressed through appropriate channels. Lt. Molinero was contacted and stated offenders are monitored at all time and no threatening situation has been witnessed by staff.

Counselor's Name: K Keller Counselor's Name: K Keller Date: 5-13-2020



ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

**Grievance Officer's Report**

**Date Received:** 05/16/2020 **Date of Review:** 06/23/2020 **Grievance # (optional):** 085390

**Offender:** TAYLOR, KENNADO **ID#:** M25370

**Nature of Grievance:**

PROTECTIVE ISSUES - KSF (KEEP SEPARATE FROM) ADDITIONS - TWO GRIEVANCES COMBINED DATED 4/30/20 AND 5/03/20.

**Facts Reviewed:**

(4/30/20) Offender grieves multiple cells (no names) have told him they are going to kill him. Grievant states he has put a KSF in on all of them.

(5/03/20) Offender states he sent Counselor Webber a KSF Form because cells (no names) have told him when he goes to yard or Group they are going to kill him. Grievant states he needs to talk to someone from IA about this.

Counselor's Response; Counselor Webber states that KSF forms are not given to offenders to fill out themselves. Any specific information received from offender will be addressed through appropriate channels. Lt. Molinero was contacted and stated offenders are monitored at all times and no threatening situations has been witnessed by staff.

This Grievance Officer reviewed correspondences. Offender does not identify any individuals. Per the Counselor, specific information needs to be presented and the issue will be appropriately addressed. Safety concerns are to be directed to Internal Affairs by the offender. Grievance Procedures is not utilized for this purpose.

Staff misconduct is not observed.

**Recommendation:**

Based upon a review of available information, it is the recommendation of this Grievance Officer that the offender's grievance be DENIED based on offender is to provide his Counselor with specific (who, what, when, where) information for proper initiation of KSF add-ons.

S. Simpson [signature]

Print Grievance Officer's Name — Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

**Chief Administrative Officer's Response**

**Date Received:** 6-25-20 ☑ I concur ☐ I do not concur ☐ Remand

**Action Taken:**

[signature] 6-25-20

Chief Administrative Officer's Signature — Date

**Offender's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

[signature] M-25370 7/7/2020

Offender's Signature — ID# — Date

Printed on Recycled Paper

Assigned Grievance #/Institution: [illegible] Correctional Center

Housing Unit: 5/1 327 Bed #: 1

1st Lvl rec: [illegible]

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl Rec: MAY 1-6 2020

| Date: 4/30/2020 | Offender (please print): Kennald X Taylor | ID #: M-25370 | Race (optional): Black |
|---|---|---|---|
| Present Facility: PCCSM | | Facility where grievance issue occurred: PCCSM | |

**Nature of grievance:**

- ☐ Personal Property
- ☒ Staff Conduct 085390
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report
- ☐ Mail Handling
- ☐ Dietary
- ☒ Other (specify): Reques PC and to move out isn
- ☐ Medical Treatment
- ☐ HIPAA
- ☒ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

Date of report ______ Facility where issued ______

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On THE Above DATE 4/30/2020 Cell 305 307 304 told me that THEY Going to kill me I have pvt in KSF on All them and I was force Back on 3GAC to Be kill By them THEY was pay off By THE c/o THEY are and cant that caux violence For me and Any one not A FTO SL and other gangs that in Pontiac Scnthmental Heacth Because THEY CAN not Go Any wear SO THEY play Crezy then come to South

☐ Continued on reverse

**Relief Requested:**

N/A

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

[signature] Offender's Signature — M-25370 ID# — 4/30/2020 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 5-8-20 ☒ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

See page 3

Print Counselor's Name ______ Sign Counselor's Name ______ Date ______

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ______

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature ______ Date ______

MAY 1 0 2020

Pontiac Correctional Center

Signed Grievance Distribution

Housing Unit: SM 322 Bed #: 1

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender's Grievance

1st Lvl rec. MAY 0 7 2020

2nd Lvl rec:

mental Health unit it All gang's violence ATG 418 SL EBK THEY CAN not go Any wear to THE Come to Pontiac mental Health And Run thing BECAUSE we All Fear them and Some of THE Off 16 South mental Health have A very Big issue with gang violence For THE Officer and Inmate my Life is in danger By them At All time I am Request to Be move on THE other Side of THE Door on SGAC But Still Be A part of mental Health But Stay to my Self and Go to THE yard By my Self I am Request A Keep KSF Form and I told THE Counselor Wenber But He will not Do Any thing At All to Keep me Self I am I am having problem with THE Inmate in Cell 316 307 305 I Just Do not want to Be with If Something happen to me I will Sue All THE Officer that working that Day this is THE end of THE Grievance

085590

Page 2 of 2

DOC 0046 (Rev. 01-2

Distribution: Master File; Offender

Assigned Grievance #/Institution: Housing Unit: 327 Cell #: 1

1st Lvl rec: MAY 07 2020 ILLINOIS DEPARTMENT OF CORRECTIONS **Offender's Grievance** 2nd Lvl rec: MAY 16 2020

| Date: 5/3/2020 | Offender (please print): Kennado K Taylor | ID #: M-25370 | Race (optional): Black |
|---|---|---|---|
| Present Facility: PCC SM | | Facility where grievance issue occurred: PCC SM | |

**Nature of grievance:**

- ☐ Personal Property ☐ Mail Handling ☐ Medical Treatment ☐ ADA Disability Accommodation
- ☒ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
- ☐ Transfer Denial by Facility ☒ Other (specify): Request A KSF Order
- ☐ Disciplinary Report ______ Date of report ______ Facility where issued

85390

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if EMERGENCY grievance
**Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On THE Above Date I have Sent to Counselor WEBBER KARL Request A KSF Form BECAUSE Cell 316 Cell 302 Cell 304 And Cell 305 Keep telling me when I Come to THE yard or Group THEY Going to Kill me and fuck me up and no one is Doing Any thing About it I need to talk to Some one From IA About this to this is A ongoing issue my Life is And danger At All time and South mental Health this is A Grievance not A Request

☐ Continued on reverse

**Relief Requested:**

I want them to not Be house with me or Come out with me and For them to be move or me or I am filing A 1983 lawsuit ASAP On this issue At this time

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

[signature] Offender's Signature M-25370 ID# 5/3/2020 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 5-8-20 ☒ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

[illegible handwritten response] See Page 3

K KELLER CCII Print Counselor's Name [signature] Sign Counselor's Name 5-13-2020 Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ______

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

______ Chief Administrative Officer's Signature ______ Date

MAY 1 6 2020

Page: 3 of 3

Date: 5-3-20 Offender: Taylor, Kennado ID#: M-25370

Present Facility: Pontiac C.C. Grievance #085390

Nature of grievance: Pertaining to STAFF – COUNSELOR WEBBER

Date received: 5-6-20

Response: Counselor Webber states that KSF forms are not given to offenders to fill out themselves. Any specific information received from offender will be addressed through appropriate channels. Lt. Molinero was contacted and stated offenders are monitored at all time and no threatening situation has been witnessed by staff.

Counselor's Name: K. Keller Counselor's Name: K Keller Date: 5-13-2020

